UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY GARRISON, NEXT FRIEND
AND PARENT OF J.L.G.,

Plaintiff,

-vs-                                                Case No. 6:13-cv-1580-Orl-28GJK

CATHY LOYD, SEMINOLE COUNTY
BOARD OF EDUCATION, ENDEAVOR
SCHOOL, STAFF MEMBERS,

Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Prisoner Consent Form and Financial Certificate (Motion to Proceed *In Forma Pauperis*) (Doc. No. 2) filed October 11, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Motion for Extension of Time, which this Court treats as an objection to the Report and Recommendation, the Plaintiff's request to have more time to comply with the recommended action is **GRANTED**. The Court otherwise agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 18, 2013 (Doc. No. 7) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* is **GRANTED**.

3. Plaintiff is directed to retain counsel to represent J.L.G.'s interests in this action no later than March 14, 2014. Once retained, counsel shall file a notice of appearance in this action.

4. Plaintiff is warned that failure to comply with this Order, that is, failure to have counsel file a notice of appearance in the time provided, may result in this case being dismissed.

5. This case is stayed until further Order of the Court. All pending motions are denied as moot. The Clerk of the Court is directed to administratively close this file.

**DONE and ORDERED** in Chambers, Orlando, Florida this 3rd day of December, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party